IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CENTRAL NEBRASKA PUBLIC POWER AND IRRIGATION DISTRICT, | ) ) ) | |
| Plaintiff, | ) ) | 4:06CV3129 |
| v. | ) ) | |
| NE COLORADO CELLULAR, INC., and WIRELESS II, L.L.C., | ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

Defendants' motion for time to complete mediation, filing 15, is granted. The deadline for the stay and completion of mediation is extended to June 4, 2007.

DATED this 31st day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge