IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CENTRAL NEBRASKA PUBLIC POWER & IRRIGATION DISTRICT, | ) ) ) | 4:06CV3129 |
| Plaintiff, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| NE COLORADO CELLULAR, INC., and WIRELESS II, L.L.C. | ) ) ) | |
| Defendant. | ) | |

Upon the parties' joint stipulation and motion for dismissal, this matter is dismissed with prejudice, each party to bear its own costs, complete record waived.


April 13, 2007          BY THE COURT:

                                             *s/Richard G. Kopf*
                                             United States District Judge